UNITED STATES COURT OF INTERNATIONAL TRADE           FORM 1

| | |
|---|---|
| Human Touch LLC<br><br>　　　　　　　　**Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br>　　　　　　　　**Defendant.** | **S U M M O N S**<br><br>**Court No.** |

**TO:**   The Attorney General and the Secretary of Homeland Security:

　　　**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

　　　　　　　　　　　　　　　　　**/s/ Mario Toscano**
　　　　　　　　　　　　　　　　　Clerk of the Court

**PROTEST**

| Port(s) of Entry:   Long Beach, CA | Center (if known):   CEE 008 |
|---|---|
| Protest Number:  See attached schedule | Date Protest Filed:   See attached schedule |
| Importer:  See attached schedule | Date Protest Denied:   See attached schedule |
| Category of Merchandise:   Massage Chairs | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |
| | | See attached schedule | | | |
| | | | | | |
| | | | | | |

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP
599 Lexington Avenue, 36th Floor
New York, New York 10022
wmarshall@GDLSK.COM
212-557-4000

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Massage Chairs | 9401.71.0011 / 9903.88.04<br>9401.69.6011 / 9903.88.03 | Free / 25 %<br>Free / 25 % | 9019.10.2045 | Duty Free |
| Massage Chair Parts | 9401.90.5081 / 9903.88.03<br>9401.90.5021 / 9903.88.03 | Free / 25 %<br>Free / 25% | 9019.10.2090 | Duty Free |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests: Whether the imported merchandise is specifically provided for under one of the claimed provisions.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

*Signature of Plaintiff's Attorney*

04/24/2023
*Date*

## SCHEDULE OF PROTESTS

CEE 008
Center (if known)

| PROTEST NUMBER | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE | PORT CODE |
|---|---|---|---|---|---|---|
| 2704-22-159550 | 2/15/2022 | 10/27/2022 | 79127860570 | 10/1/2020 | 9/3/2021 | 2704 |
| 2704-22-159550 | 2/15/2022 | 10/27/2022 | K6410678820 | 9/20/2020 | 8/27/2021 | 2704 |
| 2704-22-159550 | 2/15/2022 | 10/27/2022 | K6410679646 | 9/24/2020 | 8/20/2021 | 2704 |
| 2704-22-159550 | 2/15/2022 | 10/27/2022 | K6410681758 | 10/8/2020 | 9/3/2021 | 2704 |
| 2704-22-159550 | 2/15/2022 | 10/27/2022 | K6410683812 | 10/16/2020 | 9/10/2021 | 2704 |
| 2704-22-159550 | 2/15/2022 | 10/27/2022 | K6410684349 | 10/22/2020 | 9/17/2021 | 2704 |
| 2704-22-159550 | 2/15/2022 | 10/27/2022 | K6410685049 | 10/26/2020 | 9/17/2021 | 2704 |
|  |  |  |  |  |  |  |
| 2704-22-160522 | 5/24/2022 | 10/27/2022 | K6410697416 | 12/31/2020 | 11/26/2021 | 2704 |
|  |  |  |  |  |  |  |
| 2704-22-160969 | 7/5/2022 | 10/27/2022 | 10167964683 | 2/17/2021 | 1/14/2022 | 2704 |
| 2704-22-160969 | 7/5/2022 | 10/27/2022 | K6410703925 | 2/6/2021 | 1/14/2022 | 2704 |
| 2704-22-160969 | 7/5/2022 | 10/27/2022 | K6410703958 | 2/8/2021 | 1/7/2022 | 2704 |
| 2704-22-160969 | 7/5/2022 | 10/27/2022 | K6410704576 | 2/15/2021 | 1/14/2022 | 2704 |
| 2704-22-160969 | 7/5/2022 | 10/27/2022 | K6410705292 | 2/22/2021 | 1/14/2022 | 2704 |
| 2704-22-160969 | 7/5/2022 | 10/27/2022 | K6410706019 | 2/27/2021 | 1/21/2022 | 2704 |
| 2704-22-160969 | 7/5/2022 | 10/27/2022 | K6410706035 | 2/20/2021 | 1/14/2022 | 2704 |
| 2704-22-160969 | 7/5/2022 | 10/27/2022 | K6410706043 | 2/20/2021 | 1/14/2022 | 2704 |
| 2704-22-160969 | 7/5/2022 | 10/27/2022 | K6410706779 | 2/27/2021 | 1/21/2022 | 2704 |
| 2704-22-160969 | 7/5/2022 | 10/27/2022 | K6410707280 | 2/28/2021 | 1/21/2022 | 2704 |
| 2704-22-160969 | 7/5/2022 | 10/27/2022 | K6410707298 | 2/28/2021 | 1/21/2022 | 2704 |
| 2704-22-160969 | 7/5/2022 | 10/27/2022 | K6410707306 | 2/28/2021 | 1/21/2022 | 2704 |

Page 1 of 2

| PROTEST NUMBER | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE | PORT CODE |
|---|---|---|---|---|---|---|
| 2704-22-161289 | 8/1/2022 | 10/27/2022 | K6410706068 | 3/13/2021 | 2/4/2022 | 2704 |
| 2704-22-161289 | 8/1/2022 | 10/27/2022 | K6410709344 | 3/15/2021 | 2/4/2022 | 2704 |
| 2704-22-161289 | 8/1/2022 | 10/27/2022 | K6410710722 | 3/24/2021 | 2/18/2022 | 2704 |
| 2704-22-161289 | 8/1/2022 | 10/27/2022 | K6410710730 | 3/20/2021 | 2/11/2022 | 2704 |
|  |  |  |  |  |  |  |
| 2704-22-161903 | 9/13/2022 | 10/27/2022 | 79130790525 | 4/28/2021 | 3/25/2022 | 2704 |
| 2704-22-161903 | 9/13/2022 | 10/27/2022 | 79131083755 | 5/15/2021 | 4/8/2022 | 2704 |
| 2704-22-161903 | 9/13/2022 | 10/27/2022 | K6410715655 | 4/26/2021 | 3/25/2022 | 2704 |
| 2704-22-161903 | 9/13/2022 | 10/27/2022 | K6410717354 | 4/26/2021 | 3/25/2022 | 2704 |
| 2704-22-161903 | 9/13/2022 | 10/27/2022 | K6410720986 | 4/27/2021 | 3/25/2022 | 2704 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)